IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| JULIO PALMA, *et al.* | : |
|       Plaintiffs | : |
| v. | :   Civil Action No. 08 0965 TFH |
| HOWARD UNIVERSITY HOSPITAL, INC. t/a HOWARD UNIVERSITY HOSPITAL | : |
|       Defendant | : |

## AFFIDAVIT OF SERVICE

I, Nicole A. Skibicki, am over the age of eighteen years of age, am competent to testify and am not a party to this action.

I hereby certify that I served Howard University Hospital, Inc. t/a Howard University Hospital c/o Norma Leftwich, J.D., Resident Agent, with a Summons and Complaint in the above-captioned matter on Monday, June 6, 2008, by certified mail. A copy of the receipt is attached.

I hereby declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

*/s/ Nicole A. Skibicki*
Nicole A. Skibicki

STATE OF MARYLAND

        ss:

CITY OF MONTGOMERY

I HEREBY CERTIFY that on this 23rd day of June, 2008, before me, the undersigned, a Notary Public in and for the State and County aforesaid, personally appeared Nicole A. Skibicki and she made oath in due form of law that the matters and facts set forth in the foregoing Affidavit of Service are true to the best of her knowledge, information and belief.

*/s/ Marianne McPherson*
Notary Public

My Commission Expires: _____

```
MARIANNE MCPHERSON
Notary Public-Maryland
Frederick County
My Commission Expires
December 04, 2011
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Norma Leftwich, J.D.<br>Howard University<br>Office of the General Counsel<br>2400 Sixth Street, N.W.<br>Washington, D.C.   20059 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>_(HOWARD UNIVERSITY WASH, DC 20059 stamp)_<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0000 7376 1453 |

PS Form 3811, February 2004     Domestic Return Receipt    Palmer    102595-02-M-1540