IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO PALMA, *et al.* | : |
| Plaintiffs | : |
| v. | : Case No. 08-CV-00965 (TFH) |
| HOWARD UNIVERSITY t/a | : |
| t/a HOWARD UNIVERSITY HOSPITAL | : |
| Defendant | : |

## STIPULATION

COME NOW Plaintiffs Julio Palma and Bertalisa Sagastume, by and through counsel Peter L. Scherr and Futrovsky, Nitkin & Scherr, Chartered, and Defendant Howard University t/a Howard University Hospital, by and through counsel Steven A. Hamilton, Matthew D. Banks and Hamilton Altman Dillon & Canale, LLC, and hereby stipulate that the proper name of the Defendant in the captioned matter is Howard University t/a Howard University Hospital, that the Complaint herein is hereby amended to reflect the same throughout, and that all future pleadings shall be captioned in the same manner as this Stipulation.

It is so stipulated.

Respectfully submitted,

FUTROVSKY, NITKIN & SCHERR, CHARTERED

*/s/ Peter L. Scherr*
Peter L. Scherr (D.C. Bar No. 443725)
77 South Washington Street, First Floor
Rockville, Maryland 20850
(301) 251-8500
PLSCHERR@FNSLAW.COM
Counsel for Plaintiffs

HAMILTON ALTMAN CANALE & DILLON, LLC

*/s/ Steven A. Hamilton /PLS/*
Steven A. Hamilton (D.C. Bar No. 953359)
STEVEN.HAMILTON@HACDLAW.COM
Matthew D. Banks (D.C. Bar No. 434987)
4600 East-West Highway, Suite 201
Bethesda, Maryland 20814
(301) 652-7332
Counsel for Defendant